No. 73–196. SCLAFANI *v.* UNITED STATES; and

No. 73–351. Ross *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 487 F. 2d 245.

No. 73–201. TRACEY *v.* JANCO, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 73–260. ANDREWS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–267. BARAL *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–304. CIANCIOTTI ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–305. HOLLEY *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–309. LAGATTUTA ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–314. CRAIG, ADMINISTRATRIX *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–315. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–317. CHAMBERS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 73–321. MUSGRAVE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–332. SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, PASSAIC COUNTY, ET AL. *v.* RUSSO. C. A. 3d Cir. Certiorari denied.